**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

|  |  |  |
|---|---|---|
| **RAMOS** | : |  |
|  | : |  |
| **Plaintiff,** | : |  |
|  | : | **1:25-cv-06433 (ALC)** |
| -against- | : |  |
|  | : | **ORDER GRANTING STAY** |
|  | : |  |
| **CITY OF NEW YORK** | : |  |
| **Defendant.** | : |  |
|  | : |  |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On December 2, 2025, Defendants filed a letter requesting this Court stay proceedings

until 30 days after the related CCRB investigation concludes. ECF No. 10. On December 4,

2025, Plaintiff responded that she views Defendants' request for a stay as essentially

"indefinite" but consented to a 60-day stay. ECF No. 11. The Court agrees with Plaintiff and

will stay this proceeding for 60 days from the date of this Order. The Parties are further

ORDERED to file a Joint Status Report by February 8, 2026, with respect to a need for an

additional stay as well as the status of settlement negotiations.

**SO ORDERED.**

**Dated:**   December 8, 2025

    **New York, New York**　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**