**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
RAMOS                                              :
                                                   :
                                    Plaintiff,     :
                                                   :        1:25-cv-06433 (ALC)
          -against-                                :
                                                   :        <u>ORDER GRANTING STAY</u>
                                                   :
CITY OF NEW YORK                                   :
                                    Defendant.     :
                                                   :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On February 5, 2026, the Parties filed a joint status report indicating their positions with respect to another 60-day stay. ECF No. 13. Defendant requests a 60-day stay pending the final outcome of the related CCRB case and to consider Plaintiff's settlement demand sent on January 30, 2026. Plaintiff opposes a further stay, stating that based on GML § 50, Corporation Counsel should be able to independently determine representation and liability of those involved in Plaintiff's arrest.

At this time, the Court will stay this case 30 more days until March 10, 2026. The Parties are ORDERED to file a Joint Status Report by March 10, 2026, with the status of settlement negotiations and any outcome in the CCRB case.

**SO ORDERED.**

**Dated:**   February 6, 2026

          **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**