UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

RAMOS                                          :
                                               :
                                    Plaintiff, :
                                               :      1:25-cv-06433 (ALC)
              -against-                         :
                                               :      **ORDER GRANTING STAY**
                                               :
CITY OF NEW YORK                               :
                                    Defendant. :
                                               :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On March 10, 2026, the Parties filed a joint status report indicating their positions with respect to another 60-day stay. ECF No. 15. Defendant requests a 60-day stay pending the final outcome of the related CCRB case and to consider Plaintiff's settlement demand sent on January 30, 2026 and medical records sent March 4, 2026. Plaintiff opposes a further stay, stating that based on GML § 50, Corporation Counsel should be able to independently determine representation and liability of those involved in Plaintiff's arrest.

At this time, the Court will stay this case 30 more days until April 10, 2026. The Parties are ORDERED to participate in a telephonic conference on April 16, 2026 at 12 PM. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#).

**SO ORDERED.**

Dated:   March 11, 2026
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**