UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

RAMOS                                          :
                                               :
                               Plaintiff,      :
                                               :        1:25-cv-06433 (ALC)
              -against-                         :
                                               :        __ORDER__
                                               :
CITY OF NEW YORK                               :
                               Defendant.       :
                                               :

--------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

At this time, Defendant's requests for a continued stay and to adjourn the April 16, 2026

conference are both DENIED. The Clerk of Court is respectfully directed to terminate ECF No.

17. Both Parties should be prepared to discuss the status of settlement at the April 16, 2026

conference.

**SO ORDERED.**

**Dated:**   April 10, 2026

        **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**