UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

RAMOS

                               Plaintiff,

               -against-

CITY OF NEW YORK

                         Defendant.

----------------------------------------------------------x

1:25-cv-06433 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from the April 16, 2026 telephonic conference, the Parties should continue diligently engaging in settlement discussions and file a joint status report by June 24, 2026 with the status of settlement. This case will be stayed until June 24, 2026.

**SO ORDERED.**

Dated:  April 16, 2026

        **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**