**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TIFFANY RAMOS,

Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

Defendants.

---------------------------------------------------------------X

**25 Civ. No. 6433 (ALC) (GS)**

**RESCHEDULING ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Initial Case Management Conference scheduled for today, **Wednesday, August 26, 2026** is hereby adjourned to **Thursday, September 3, 2026** at **11:00 a.m.** Counsel are directed to use the Microsoft Teams meeting information in Dkt. No. 27 to join the call.

**SO ORDERED.**

DATED: New York, New York
August 3, 2026

Gary Stein
_______________________________
The Honorable Gary Stein
United States Magistrate Judge