SHULMAN & HILL
Attorneys at Law

One State Street
15th Floor
New York, NY 10004
(212) 221-1000
www.shulman-hill.com

MEMO ENDORSED

August 14, 2026

**BY ECF**
Honorable Gary Stein
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Tiffany Ramos v. The City of New York., et al.*, 25-CV-6433 (ALC (GS)

Your Honor:

I am a partner with the law firm of Shulman & Hill, PLLC attorneys for Plaintiff, Tiffany Ramos, in the above-referenced matter. Plaintiffs write to respectfully request that the Court adjourn (1) the August 27, 2026 deadline for the parties to submit a Proposed Case Managing Plan and Scheduling Order, and (2) a corresponding adjournment of the September 3, 2026 Initial Conference, until a date convenient for the Court following the conclusion of the deadlines set forth in Local Civil Rule 83.10 ("the § 1983 Plan"). This is Plaintiffs' first such request and it does not affect any other Court deadlines. Defendants' counsel consents to this request.

By way of background, plaintiff brings this action, pursuant to 42 U.S.C. § 1983, against the City of New York, one individual defendant New York City Police Department ("NYPD") Officer, and John/Jane Doe NYPD Officers, alleging federal claims of, *inter alia*, false arrest, excessive force, denial of the right to a fair trial, and other related causes of action, stemming from plaintiff's arrest on February 13, 2025 and subsequent prosecution. *See* Dkt. No. 1, Complaint, August 5, 2025. On August 6 2025, this case was designated to participate in the § 1983 Plan, and follow the § 1983 Plan's deadlines. *See* Dkt. Entry, Notice, April 6, 2025. On July 15, 2026, the defendants filed their Answer to the Complaint. *See* Dkt. No. 25, Answer, July 15, 2026.

With respect to the request for an adjournment of the August 27, 2026 deadline to submit a Proposed Case Managing Plan and Scheduling Order and an adjournment of the September 3, 2026 Initial Conference, this request is made to allow this case to first proceed through the steps set out in the § 1983 Plan, which is designed to facilitate early resolution of matters without the need for Court intervention or involvement. Following the defendants' response to the Complaint, the § 1983 Plan requires the parties to exchange initial disclosures

and limited discovery, plaintiff to provide a settlement demand, defendants to respond to the plaintiff's settlement demand, and for the parties to participate in a mediation in accordance. *See generally* Local Civil Rule 83.10. Therefore, the Plaintiff respectfully request that the parties be permitted to engage in and fulfill their obligations under the § 1983 Plan prior to filing a Case Scheduling Order or participating in an Initial Conference.

Accordingly, Plaintiffs respectfully request, with Defendant's consent, that the Court adjourn (1) the August 27, 2026 deadline for the parties to submit a Proposed Case Managing Plan and Scheduling Order, and (2) a corresponding adjournment of the September 3, 2026 Initial Conference.

Plaintiff respectfully thanks the Court for its consideration and attention to this matter.

Respectfully submitted,

[signature]

Cary London, Esq.
Shulman & Hill, PLLC
Attorneys for Plaintiff
1 State Street Plaza, 15th FL
New York, NY 10004

cc: All Counsel (via ECF)

Application granted. The August 27, 2026 deadline to submit a proposed case management plan, and the September 3, 2026 initial case management conference, is adjourned sine die. The parties shall submit a joint status update regarding progress under the § 1983 Plan by no later than October 2, 2026. SO ORDERED.

Date: August 21, 2026

[signature]

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**